**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10599 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-01333-DCB |
| v. | |
| JESUS OCTAVIO SANDOVAL-TALAVERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Jesus Octavio Sandoval-Talavera appeals from the 24-month sentence

imposed upon revocation of supervised release.  We have jurisdiction under 28

U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Sandoval-Talavera first contends that the district court procedurally erred by failing to explain adequately the basis for imposing a consecutive sentence. The record reflects that the court considered the parties' arguments and adequately explained the sentence. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

Sandoval-Talavera next contends that his sentence is substantively unreasonable. In light of Sandoval-Talavera's lengthy criminal history, failure to be deterred, and breach of trust, the sentence is substantively reasonable. *See* 18 U.S.C. § 3583(e); *United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir. 2006) (at a revocation sentencing, a district court may sanction the defendant for his breach of trust).

**AFFIRMED.**